IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON BAKER,
    Petitioner,

vs.                                     Case No. 5:08cv44/RS/MD

SCOTT MIDDLEBROOKS,
    Respondent.
_____

O R D E R

    This cause is before the court upon a petition for writ of habeas corpus (doc. 1). Petitioner has neither paid the filing fee of $5.00 nor applied for leave to proceed *in forma pauperis*. Petitioner's case cannot proceed until he either pays the filing fee or files a properly completed *in forma pauperis* application with supporting documentation.

    Accordingly, it is ORDERED:

    1.    The clerk is directed to send petitioner a form application to proceed *in forma pauperis*. This case number shall be written on the form.

    2.    Within **thirty (30) days** from the date of this order, petitioner shall either pay the $5.00 filing fee in full, or submit a complete *in forma pauperis* application. Failure to do so will result in a recommendation that this case be dismissed for failure to prosecute and failure to comply with an order of the court.

    DONE AND ORDERED this 22nd day of February, 2008.

                                        s/ *Miles Davis*
                                        **MILES DAVIS**
                                        **UNITED STATES MAGISTRATE JUDGE**