IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON BAKER,
    Petitioner,

v.                                    CASE NO.:   5:08cv44/RS/MD

SCOTT MIDDLEBROOKS,
    Respondent.

## O R D E R

This cause is before the court upon petitioner filing a petition for writ of habeas corpus under 28 U.S.C. § 2241. (Doc. 1). The petition appears to be in the proper form, the petitioner has submitted the appropriate service copies, and the filing fee has been paid.

Accordingly, it is ORDERED:

The clerk of court is directed to furnish copies of the petition and this order to the respondent and the United States Attorney for this district. Respondent shall have sixty (60) days from the date of this order in which to show cause, if any there be, why the relief requested should not be granted.

DONE AND ORDERED this 26th day of March, 2008.

/s/ *Miles Davis*
    **MILES DAVIS**
    **UNITED STATES MAGISTRATE JUDGE**