IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JASON BAKER,
    Petitioner,

vs.                                5:08cv44/RS/MD

SCOTT MIDDLEBROOKS,
    Respondent.

_____

## O R D E R

Respondent has filed an answer to petitioner's habeas corpus petition (doc. 11). Before the court rules on this matter, petitioner shall be required to reply.

Accordingly, it is ORDERED:

Petitioner shall have thirty (30) days from the date this order is entered on the docket in which to reply to the answer filed by respondent.

DONE AND ORDERED this 9th day of June, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE