**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**JASON BAKER,**
        **Petitioner,**

vs.                                          **Case No. 5:08cv44/RS/MD**

**SCOTT A. MIDDLEBROOKS,**
        **Respondent.**

## ORDER

This cause is before the court upon referral from the clerk. Petitioner commenced this action on February 14, 2008 by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The petition raises two claims. First, petitioner challenges two Federal Bureau of Prisons' regulations (28 C.F.R. §§ 570.20 and 570.21) concerning Community Corrections Center ("CCC") placement, claiming that they are invalid because they contradict the clear and unambiguous congressional intent expressed in 18 U.S.C. § 3621(b). Second, petitioner challenges the BOP's decision to provide him with a release gratuity of only $25.00 instead of $500.00. (Doc. 1, pp. 3-7). As relief, petitioner seeks a declaration that the regulations at issue are invalid, an order requiring the BOP to consider petitioner for immediate placement in a CCC without regard to those regulations, and an order requiring the BOP to grant petitioner a $500.00 release gratuity. (Doc. 1, p. 8).

Respondent filed a response in opposition to the petition on May 30, 2008. (Doc. 11). Petitioner was provided an opportunity to reply, but did not do so. (Doc. 12). On July 2, 2008 respondent filed a motion to dismiss the petition as moot, arguing that petitioner was released to a Residential Reentry Center ("RRC") on June 3, 2008. On July 11, 2008 the court entered an order directing petitioner to respond. (Doc. 14). A copy of the order was mailed to petitioner at his address of record, the Federal Correctional Institution in Marianna, Florida. However, on July 21, 2008 it was returned as undeliverable marked,

"Return to Sender – Not Deliverable as Addressed – Unable to Forward" and "Return to Sender – Attempted Not Known." (Doc. 15). The court, on its own initiative, reviewed the information on the BOP website to ascertain petitioner's current address. According to that information, petitioner is located at the Community Corrections Management office in Orlando, Florida ("Orlando CCM"). *See* www.bop.gov. However, the certificate of service attached to respondent's motion to dismiss indicates that petitioner may be located at the Hillsborough Community Corrections Center in Tampa, Florida. (Doc. 13, p. 2). To date, petitioner has not filed a change of address form or otherwise notified the court of his new address. Petitioner is warned that it is his responsibility to keep the court informed of his current address.

Accordingly, it is ORDERED:

1. Within **fifteen (15) days** of the date of this order, petitioner shall file a notice of change of address advising the court of his current address.

2. Within **thirty (30) days** of the date of this order, petitioner shall indicate his continued interest in this case by filing a response to respondent's motion to dismiss (doc. 13).

3. Petitioner's failure to timely comply with the foregoing will result in a recommendation to the District Judge that this case be dismissed without prejudice for failure to comply with an order of the court.

4. The clerk shall mail a copy of this order, along with a copy of respondent's motion to dismiss (doc. 13), to petitioner at the following addresses: CCM Orlando, Community Corrections Office, 6303 County Road 500, Wildwood, Florida 34785; <u>and</u> Hillsborough Community Corrections Center (CCC), 4102 West Hillsborough Avenue, Tampa, Florida 33614.

DONE AND ORDERED this 23rd day of July, 2008.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

*Case No: 5:08cv44/RS/MD*