## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

JASON BAKER,

      Petitioner,

vs.                              CASE NO. 5:08cv44/RS-MD

SCOTT A. MIDDLEBROOKS,

      Defendant.

_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 17). Petitioner has not filed objections and has failed to provide the court his current mailing address.

**IT IS ORDERED**:

1.    The Magistrate Judge's Order and Report and Recommendation is approved and incorporated in this Order.

2.    This case is dismissed without prejudice because of Petitioner's failure to comply with an order of the court.

3.    The clerk is directed to close the file.

**ORDERED** on September 25, 2008.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**